# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| LATORA BOSTIC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV414-083 |
| | ) |
| LAURAGINA PROFESSIONAL TRANSPORT, LLC, JOSEPH L. PORTER, SR., WE CARE TRANSPORTATION, LLC, and LOGISTICARE SOLUTIONS, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendant Logisticare Solutions says it erroneously filed an unredacted copy of sensitive customer and pricing information, located as document 36.1. It now moves the Court to delete it from the Court's record. Doc. 40. The motion is **GRANTED**. The Clerk is directed to delete doc. 36.1.

**SO ORDERED**, this 1st day of October, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA